**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 24, 2022

FILED BY AP D.C.
DEC 19 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: **21-13770-CC**
Case Style: Janet Gomez v. Miami Dade County, et al
District Court Docket No: 1:20-cv-23069-MGC

The following record materials in the referenced case are returned herewith:

One Folder of Exhibits.

Sincerely, (1) Acc. folder containing. DE 21 & 36 (2 USB Drives).

DAVID J. SMITH, Clerk of Court

Reply to: Will Miller

Phone #: 404-335-6115

REC-3 Ltr Returning Record to DC